JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone:   530.759.0700
Facsimile:   530.759.0800

Attorney for Defendant
LILI HOLLAND

FILED
JUN - 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LILI HOLLAND, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR. S – 05-083 EJG <br><br> STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE <br><br> (18 U.S.C. § 3145(b)) |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Steven Lapham, Assistant United States Attorney, and defendant EVA HOLLAND, through her counsel of record, Kevin Clymo, and LILI HOLLAND, through her counsel of record, Joseph J. Wiseman, and with the approval of the office of Pre-trial Services, that defendants EVA HOLLAND'S and LILI HOLLAND'S conditions for pre-trial release be modified as follows: defendants curfew shall be extended to 11:00 p.m. daily; further, defendants are to remain in their residence between the hours of 11:00 p.m. and 6:00 a.m., unless

an absence is verbally approved by their pre-trial services officer. All other conditions of release shall remain enforce.

Dated: May 24, 2005          Respectfully submitted,

                             JOSEPH J. WISEMAN, P.C.

                             By:    /s/ Joseph J. Wiseman
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant
                                    LILI HOLLAND

Dated: May 24, 2005          By:    /s/ Kevin D. Clymo
                                    KEVIN D. CLYMO
                                    Attorney for Defendant
                                    EVA HOLLAND

Dated: May 24, 2005          McGREGOR W. SCOTT
                             United States Attorney


                             By:    /s/ Steven Lapham
                                    STEVEN LAPHAM, AUSA
                                    Attorney for Plaintiff
                                    UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of pre-trial release, in the above-captioned case, be modified as stated in the attached Stipulation.

Dated: May 7, 20005          EDWARD J. GARCIA
                             UNITED STATES DISTRICT JUDGE