JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone:  530.759.0700
Facsimile:   530.759.0800

Attorney for Defendant
LILI HOLLAND





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05 083 EJG |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| LILI HOLLAND, et al., | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Steven Lapham, Assistant United States Attorney, and defendant, EVA HOLLAND, through her counsel of record, Kevin Clymo, and LILI HOLLAND, through her counsel of record, Joseph J. Wiseman, and with the approval of the office of Pretrial Services, that conditions for pre-trial release of defendants EVA HOLLAND, and LILI HOLLAND be modified as follows: defendants shall no longer be required to wear

/ / / / /

/ / / / /

electronic monitoring devices. All other conditions of release shall remain enforce.

Dated: August 23, 2005          Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


By: /s/Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    LILI HOLLAND


Dated: August 23, 2005          By: /s/Kevin D. Clymo
                                    KEVIN D. CLYMO
                                    Attorney for Defendant
                                    EVA HOLLAND


Dated: August 23, 2005          By: /s/Steven Lapham
                                    STEVEN LAPHAM
                                    Attorney for Plaintiff
                                    UNITED STATES OF AMERICA


## ORDER

Pursuant to the Stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of pretrial release shall be modified as follows: defendants are no longer required to wear electronic monitoring devices. All other conditions of release shall remain enforce.

Dated: August 23, 2005

_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE